UNITED STATES DISTRICT COURT
DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION



UNITED STATES OF AMERICA,

v.  CASE NO.: 1:04CR426-1

WAYNE SPINKS

### REQUEST FOR APPOINTMENT OF COUNSEL

Petitioner now moves pursuant to 18 U.S.C. section 3006(A), requesting appointment of counsel in light of the FIRST STEP Act section 603.

Attached is Petitioners' proof of his request to the warden of his institution, and the lapse of 30 days with no response.

Appointment of counsel is in the interest of justice, specifically because of the current global pandemic and the fact that the institution of Petitioners' confinement is currently locked down.

Appointment of counsel is necessary to aid Petitioner with appropriately presenting his extraordinary and compelling circumstances to the court.

## CONCLUSION

For the reasons set forth above, the Petitioner respectfully request that the Court order appointment of counsel regarding this matter.

Done this 2nd day of SEPTEMBER, 2020.

Respectfully submitted,

/s/ Wayne Spinks

WAYNE SPINKS # 22461-057
FCI EDGEFIELD
P.O. BOX 725
EDGEFIELD, SC 29824

```
TRULINCS 22461057 - SPINKS, WAYNE EDWARD - Unit: EDG-C-B
```
---

FROM: 22461057
TO: Warden
SUBJECT: ***Request to Staff*** SPINKS, WAYNE, Reg# 22461057, EDG-C-B
DATE: 07/15/2020 12:35:13 PM

To: WARDEN
Inmate Work Assignment: rec/am

I'M SEEKING COMPANIONATE RELIEF 3582(C)(1)(A) MOTION WHICH YOUR OFFICE HAS ALL AUTHORITY TO FILE ON MY BEHALF UNDER SECTION 5050.50 FOR COVID-19. I BEEN INCARCERATED FOR OVER 56% OF MY LIFE IN THE PENAL SYSTEMS, SO I SUFFER FROM DEPRESSION AND I HAD TWO STROKES IN THE PAST. THIS RELIEF WOULD ALLOW ME TO FINALLY GO HOME TO MY FAMILY THAT I HAVEN'T SEEN IN OVER 30 YEARS.